UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Carlos Nunez and Roandy Mendez,

        *Plaintiffs*,

-against-

T-Maxx @ Amsterdam Inc.; Best Service Station Inc. d/b/a BP on the Run; Ju Xing Qu; and Lin Hai Qu,

        *Defendants*.

Action No. 1:20-cv-04347

**STIPULATION OF DISMISSAL**

**WHEREAS**, no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and there is no person not a party who has an interest in the subject matter of this action;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, through their undersigned attorneys, pursuant to FRCP 41(a)(1), that the above-captioned action is discontinued and dismissed with prejudice without any apportionment of attorneys' fees, costs or disbursements;

**IT IS FURTHER STIPULATED AND AGREED** that the Eastern District of New York shall retain jurisdiction for purposes of enforcing the settlement agreement in this action;

**IT IS FURTHER STIPULATED AND AGREED** that facsimile and/or electronic copies of the signatures on their stipulation may be treated as originals for all purposes.

Dated: November 29, 2021

**LAW OFFICE OF MOHAMMED GANGAT**

By: _/s/ Mohammed Gangat_
Mohammed Gangat, Esq.,
675 Third Avenue, Suite 1810,
New York, NY 10017
(718) 669-0714
*Attorneys for Plaintiff*

Dated: December 3, 2021 (November struck through)

**LAW OFFICE OF TERRENCE J. WORMS. P.C.**

By: /s/ Terrence J. Worms
Terrence Joseph Worms, Esq.,
136-20 38th Avenue, Suite 10e,
Flushing, NY 11354
(718) 358-9275
*Attorneys for Defendants*

   SO ORDERED:
   /s/ *Taryn A. Merkl*
   United States Magistrate Judge, EDNY